WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tskerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E Corporation and Pacific Gas and Electric Company,<br><br>                Debtors. | Case No. 19-30088<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>Adv. Pro. No. 19-03061 |
| ANTHONY GANTNER, individually and on behalf of all those similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>PG&E CORPORATION, a California corporation, and PACIFIC GAS & ELECTRIC COMPANY, a California corporation,<br><br>                Defendants. | **NOTICE OF HEARING ON DEBTORS' MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date:  March 10, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102<br><br>Objection Deadline: February 25, 2020 |

**TO: PLAINTIFF**

PLEASE TAKE NOTICE THAT on January 21, 2020, PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") filed the *Debtors' Motion to Dismiss and Motion to Strike* (the "**Motion**") [AP No. 19-03061 Dkt. No. 7] and the *Declaration of Kevin J. Orsini in Support of Debtors' Motion to Dismiss and Motion to Strike* (the "**Orsini Declaration**") [AP No. 19-03061 Dkt. No. 8], and exhibits attached thereto, seeking an order dismissing the Plaintiff's complaint in the above-captioned adversary proceeding, or, to the extent the adversary proceeding is not dismissed, to issue an order striking the class claims.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion will be held on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time)** before the Honorable Dennis Montali, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Northern District of California, Courtroom 17, 450 Golden Gate Ave., San Francisco, California, 94102.

PLEASE TAKE FURTHER NOTICE THAT objections or responses to the Motion, if any, must be in writing, state the basis and nature of any objection, and be filed with the Court and served so as to be actually received by the following counsel for the Debtor: (a) Keller & Benvenutti LLP, Attn: Peter J. Benvenutti and Tobias S. Keller, 650 California Street, Suite 1900, San Francisco, California, 94108; (b) Weil, Gotshal & Manges LLP, Attn: Stephen Karotkin and Theodore Tsekerides, 767 Fifth Avenue, New York, New York, 10153, and (c) Cravath, Swaine & Moore LLP, Attn: Kevin J. Orsini and Omid H. Nasab, 825 Eighth Avenue, New York, New York, 10019. **Any objections or responses to the Motion must be filed and served no later than February 25, 2020**

PLEASE TAKE FURTHER NOTICE THAT reply papers in further support of the Motion must be filed and served not later than March 3, 2020.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 21, 2020

**WEIL, GOTSHAL & MANGES LLP**
**CRAVATH, SWAINE & MOORE LLP**
**KELLER & BENVENUTTI LLP**


/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Defendants (Debtors and Debtors in Possession)*
